IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY L. DEFULIO,

    Plaintiff,

vs.                                        CASE NO.: 1:06cv227-SPM/AK

MBNA, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice, with each party to bear its own costs and attorneys fees, pursuant to the Joint Stipulation of Voluntary Dismissal with Prejudice (doc. 30) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 12th day of June, 2007.

                        *s/ Stephan P. Mickle*

                        Stephan P. Mickle
                        United States District Judge